**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00282-RJC-DSC**

| | | |
|---|---|---|
| **USA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CHARLES PRESIDENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 18), the Indictment, (Doc. No. 15), without prejudice, following his guilty plea to an Information filed in Case No. 3:18-cr-30.

**IT IS ORDERED** that the Government's motion, (Doc. No. 18), is **GRANTED** and the Indictment, (Doc. No. 15), is **DISMISSED** without prejudice.

Signed: February 2, 2018

Robert J. Conrad, Jr.
United States District Judge